BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Tauren Exploration, Inc. and Tauren Exploration, Inc.<br>(post confirmation)<br><br>                                        Debtor(s)<br>Tauren Exploration, Inc. Liquidating Trust<br>                                        Plaintiff(s)<br>    vs.<br>Calvin A Wallen III<br>                                        Defendant(s)<br><br>Tauren Exploration, Inc. Liquidating Trust<br>                                        Plaintiff(s)<br>    vs.<br>Calvin A Wallen, III<br>                                        Defendant(s) | Case No.:     16−32188−hdh11<br>Chapter No.:   11<br><br>Adversary No.:   18−03039−hdh<br><br>Civil Case No.:      3:18−cv−02121−B |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of: _Report and Recommendation_ .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  10/4/18                              FOR THE COURT:
                                                           Jed G. Weintraub, Clerk of Court

                                                           by: /s/Sheniqua Whitaker, Deputy Clerk